# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIAM MALONE COLETTE MARTINEZ,**

      **Plaintiff,**

**v.**    Case No: 6:12-cv-1682-Orl-22KRS

**CAREY N. BOS,**

      **Defendant.**

## ORDER

This cause is before the Court on In Forma Pauperis Application/Waiver and Financial Affidavit, and Motion to Enter into Evidence (Doc. Nos. 2 and 3) filed on November 8, 2012.

The United States Magistrate Judge has submitted a report recommending that the case be dismissed with prejudice, and all pending motions be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 14, 2012 (Doc. No. 4), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is hereby DISMISSED WITH PREJUDICE and all pending motions are DENIED as moot.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Mariam Malone Colette Martinez, *pro se*