# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARIAM MALONE COLETTE MARTINEZ,

        **Plaintiff,**

-vs-                                                Case No. 6:12-cv-1682-Orl-22KRS

CAREY N. BOS,

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Doc. No. 12), filed on January 3, 2013.

The United States Magistrate Judge has submitted a report recommending that the undersigned judge deny the motion and certify that the Plaintiff's appeal is not taken in good faith.

After an independent *de novo* review of the record in this matter, including the objection filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed January 9, 2013 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's "Motion to Object" (Doc. No. 15), construed as an objection to the Report and Recommendation, is OVERRULED. Plaintiff fundamentally misunderstands the "color of law" requirement applicable to this action, which she brings against a private actor.

3. The Motion for Permission to Appeal In Forma Pauperis (Doc. No. 12), filed on January 3, 2013, is DENIED.

4. The Court hereby certifies that Plaintiff's appeal is not taken in good faith.

5. The Clerk shall furnish a copy of this Order to the Clerk of Court for the U.S. Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 31, 2013.

Copies furnished to:

ANNE C. CONWAY
United States District Judge

United States Magistrate Judge
Counsel of Record
Unrepresented Party
Clerk, Court of Appeals for the Eleventh Circuit